CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Facsimile: (415) 436-6748
kenneth.kao@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARTHAK PARTHIV JETHI *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOESPH B. EDLOW, Director of United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 3:26-cv-04214 WHO<br><br>**STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER**<br><br>Hon. William H. Orrick |

IT IS HEREBY STIPULATED and AGREED by and between the parties, through their respective counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed in its entirety without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

2. United States Citizenship and Immigration Services ("USCIS") shall take initial action on Plaintiffs' Form I-485 applications and derivative applications within the timeframe indicated below from the date of the execution of this stipulation by all parties:

Sarthak Parthiv Jethi: 3 months

Yu Zhu: 3 months

Huiqin Cao: 3 months

Y.Z: 3 months

Prateek Garg: 6 months

Ravija Amlani Garg: 6 months

Jedrzej Kostecki: 7 months

Akhila Roy Chowdhury: 3 months

Mukul Gupta: 3 months

Surbhi Jain: 3 months

3. USCIS shall take adjudicative action on Plaintiffs' applications within the allocated time frame referenced in paragraph 2, from the date of the execution of this stipulation by all parties. Initial action includes, but is not limited to, agency communications such as a Request for Evidence ("RFE"), Notice of Intent to Deny ("NOID"), an interview notice, or final decision such as approval or denial. If USCIS issues an RFE, NOID, or interview notice, then USCIS will work in good faith towards the next adjudicative action or final adjudication.

4. Defendant agrees to make every reasonable effort to adjudicate Plaintiffs' applications and their derivatives' applications within the timeframe indicated in paragraph 2. Defendant agrees to exercise due diligence in its initial adjudicative actions and subsequent adjudicative actions to avoid the issuance of unnecessary RFEs and NOIDs. If Defendant is not able to meet these deadlines for reasons outside of its control, Defendant agrees to notify Plaintiffs, and the parties will work in good faith to resolve the issue without judicial intervention.

5. If Plaintiffs believe there has been a breach of this agreement, they will provide written notice of any alleged breach via email to Defendant's counsel and will not seek reinstatement of this action or other judicial intervention for a minimum of 14 calendar days after such notice to allow USCIS an opportunity to remedy the alleged breach. The parties shall work together, in good faith, to resolve any alleged breach of this agreement before filing an action in district court.

6. Defendant enters into this stipulation based on the specific facts and circumstances presented in this matter. This agreement shall not be construed to apply to any non-party in similar or dissimilar circumstances. Except for the actions agreed to herein, nothing in this stipulation shall be

construed to require the parties to take any action in any other case or circumstances. This agreement shall not affect the government's litigation position in any other case.

7. Nothing in this stipulation shall be construed as an admission of liability or fault on the part of Defendant or its agents, officials, or employees, or as a concession of any rights or arguments, by any party, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8. The terms of this stipulation shall not set any precedent, nor shall this stipulation be used as a basis for Plaintiffs to seek or justify similar terms or any subsequent civil or administrative action or proceeding of any kind. Defendant makes no representations regarding any other application for immigration benefits that Plaintiffs may make in the future.

Dated: October 23, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

Attorneys for Defendant

Dated: October 23, 2026

*/s/ Matthew T. Galati*
MATTHEW T. GALATI, *Pro Hac Vice*
The Galati Law Firm, LLC

CURTIS LEE MORRISON, *Local Counsel*
Red Eagle Law, L.C.

Attorneys for Plaintiffs

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 23, 2026

WILLIAM H. ORRICK
United States District Judge